JUDGE ANDERSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    MAGISTRATE JUDGE BROWN
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05CR0078** |
| ) | |
| v. ) | No. _____ |
| ) | Violation: Title 18, United States |
| KEESHAWN HAYMON and ) | Code, Sections 656 and 2 |
| NICOLE THOMAS ) | |

**FILED**

The SPECIAL MARCH 2004 GRAND JURY charges:

JAN 2 6 2005

1. At times material to this indictment:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   a. Bank One was a financial institution located in Chicago, Illinois and elsewhere, the deposits of which were insured by the Federal Deposit Insurance Corporation.

   b. Defendant KEESHAWN HAYMON was employed as a teller at a Chicago, Illinois branch of Bank One.

2. From in or about early December 2003, to on or about December 17, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

   KEESHAWN HAYMON and
   NICOLE THOMAS,

defendants herein, with the intent to injure and defraud Bank One, did embezzle and willfully misapply approximately $45,000, belonging to and entrusted to the custody and care of said bank;

In violation of Title 18, United States Code, Sections 656 and 2.

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

KEESHAWN HAYMON
and
NICOLE THOMAS

**INDICTMENT**

In violation of:

**Title 18 U.S.C. §656 and 2**

A true bill.

_____
Foreman

Filed in open court this 26th day of January, A.D. 2005

by Katie _____
Clerk MICHAEL W. DOBBINS

Bail, $ _____