UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 05 CR 78-2 |
| NICOLE THOMAS, ) | |
| ) | Judge Wayne R. Andersen |
| Defendant ) | |
| ) | |

## **RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 05 CR 78-2. The judgment in the amount of $ 5,100, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Cook County Recorder's Office as document number 0521739010, on August 5, 2005 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331
melissa.childs@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Nicole Thomas
8126 South May
Apartment 2
Chicago, IL   60620

By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5331
melissa.childs@usdoj.gov